**DATE 12/21/2017**

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/21/2017 11:31:18 AM
CHRISTOPHER A. PRINE
Clerk

**TO:** **14TH COURT OF APPEALS**

**From:** **Deputy Clerk: SHEMEKA LEE**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE: 2013-22591**

**VOLUME _____ PAGE _____ OR IMAGE # 76866436**

**DUE 1/30/2018 ATTORNEY 24088251**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED: 10/2/2017**

**MOTION FOR NEW TRIAL DATE FILED 10/10/2017**

**REQUEST TRANSCRIPT DATE FILED 12/18/2017**

**NOTICE OF APPEAL DATE FILED 12/18/2017**

**NUMBER OF DAYS: ( CLERKS RECORD ) 120 DAYS**

**FILE ORDERED: YES ☐ NO ☐ IMAGED FILED: YES ☐ NO ☐**

**CODES FOR NOTICE OF APPEAL: BC, C, O**

CHRIS DANIEL
Harris County, District Clerk

By: _/s/ SHEMEKA LEE_
**SHEMEKA LEE, Deputy**

| | |
|---|---|
| **BC** | **NOTICE OF APPEAL FILED** |
| **BG** | **NOTICE OF APPEAL FILED – GOVERNMENT** |
| **C** | **JUDGMENT BEING APPEALED** |
| **D -** | **ACCELERATED APPEAL** |
| **OA** | **NO CLERK'S RECORD REQUEST FILED** |
| **O** | **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)** |
| **NA** | **AMENDED NOTICE OF APPEAL** |

CAUSE NO. 2013-22591

| | | |
|---|---|---|
| CAPITAL PLASTIC & BAGS, INC. | § | IN THE DISTRICT COURTS |
| | § | |
| v. | § | |
| | § | |
| FRANK ZHANG AND | § | |
| DAXWELL GROUP, LLC | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| v. | § | |
| | § | |
| JEFF QUAN | § | 295th JUDICIAL DISTRICT |

## DEFENDANTS FRANK ZHANG AND
## DAXWELL GROUP, LLC'S NOTICE OF APPEAL

NOW COME Defendants Frank Zhang and Daxwell Group, LLC (collectively "Defendants") and file this Notice of Appeal of the Final Judgment entered in this matter, Cause No. 2013-22591, entered by the Court on October 2, 2017.

1. On November 1, 2017, Defendants timely filed a Motion for New Trial. Pursuant to Texas Rule of Civil Procedure 329b(c), Defendants' Motion for New Trial was overruled by operation of law on December 16, 2017. Accordingly, Defendants' Notice of Appeal is timely.

2. This appeal is taken to either the First or Fourteenth Court of Appeals in Houston, Texas.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Respectfully submitted,

PAGEL, DAVIS & HILL, P.C.

/s/Sara Prasatik
Dennis A. McQueen
State Bar No. 00784581
Sara M. Prasatik
State Bar No. 24088251
1415 Louisiana, 22nd Floor
Houston, Texas 77002
eservice@pdhlaw.com
Phone: (713) 951-0160
Fax: (713) 951-0662
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, a true and correct copy of the foregoing Notice of Appeal was served in accordance with the Texas Rules of Civil Procedure, as follows:

**VIA E-SERVICE**
Mr. William F. Harmeyer
wharmeyer@harmeyerlaw.com
WILLIAM F. HARMEYER & ASSOCIATES, PC
7322 Southwest Freeway, Suite 475
Houston, Texas 77074
713-270-5552
713-270-7128—FAX
**COUNSEL FOR PLAINTIFF**
**AND THIRD-PARTY DEFENDANT**

/s/ Sara Prasatik
Sara Prasatik

| CAPITAL PLASTIC & BAGS, INC. | § | IN THE DISTRICT COURT OF |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| FRANK ZHANG, AND | § | HARRIS COUNTY, TEXAS |
| DAXWELL GROUP, LLC, f/k/a | § | |
| DAXWELL GROUP, LP. | § | |
| *Defendants* | § | |
| | § | |
| v. | § | |
| | § | |
| JEFF QUAN, | § | |
| *Third-Party Defendant* | § | 295th JUDICIAL DISTRICT |

## FINAL JUDGMENT

The Court heard the above-entitled and numbered cause, commencing on April 22, 2015, and concluding on November 18, 2016, wherein CAPITAL PLASTIC & BAGS, INC. ("CPB"), is the Plaintiff/Tenant; FRANK ZHANG ("Zhang") and DAXWELL GROUP, LLC, f/k/a DAXWELL GROUP, LP, ("Daxwell"), are the Defendants/Landlords; and JEFF QUAN ("Quan") is the Third-Party Defendant. The parties appeared and announced ready, and the Court, finding that it had jurisdiction over the parties and this controversy, conducted a trial without a jury on the parties' claims and defenses.

At the conclusion of the evidence, the parties filed their written closing arguments.

The Court finds that:

1. Defendants/Landlords Zhang and Daxwell breached their lease agreement with Plaintiff/Tenant CPB by wrongfully failing to return CPB's lease security deposit, thereby causing damages to Plaintiff CPB in the security deposit amount of $34,560. In accordance with TEX. PROP. CODE §93.011, Plaintiff/Tenant CPB is therefore

Page | 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

entitled to a judgment in the amount of $100 plus three times the wrongfully withheld amount, for a total judgment amount of $103,780, together with pre- and post-judgment interest and reasonable attorney's fees;

2. Plaintiff/Tenant CPB did not breach its lease agreement with Defendant/Landlords Zhang and Daxwell;

3. Plaintiff CPB shall be entitled to judgment for its reasonable attorney's fees and expenses in the amount of $50,585.26, through March 14, 2017, for this case, plus conditional, additional attorney's fees as follows: the sum of $5,000 for post-trial representation in which matters the Plaintiff is the prevailing party, prior to any appeal; the sum of $20,000 in the event of an appeal to the Texas Court of Appeals in which Plaintiff is the prevailing party; the sum of $5,000 in the event a Petition for Review is filed with the Texas Supreme Court, and $15,000 in the event that the Petition for Review is granted and the Plaintiff is the prevailing party; together with costs of court in this behalf expended;

4. Third-Party Plaintiff Daxwell shall take nothing by its Third-Party claim against Third-Party Defendant, Quan.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff CPB is hereby awarded a Final Judgment against and shall recover from Defendants Zhang and Daxwell, jointly and severally, the following amounts: $34,560, together with statutory additional damages of $100 plus two times the wrongfully withheld amounts in accordance with TEX. PROP. CODE §93.011 in the total judgment amount of $103,780, with 5% per annum pre-judgment simple interest thereon from April 16, 2013, being the date of filing of Plaintiff's Original Petition, through the date of entry of this Final Judgment. This total sum shall bear post

judgment interest at the rate of 5% per annum, compounding annually, from the date of entry of this Final Judgment until the Final Judgment is satisfied.

It is further ORDERED that Plaintiff CPB is hereby awarded a Final Judgment against and shall recover from Defendants Zhang and Daxwell, jointly and severally, for Plaintiff CPB's attorney's fees and expenses in the sum of $50,585.26 through the entry of this Final Judgment, plus conditional, additional attorney's fees as follows: the sum of $5,000 for post-trial representation in which matters the Plaintiff is the prevailing party, prior to any appeal; the sum of $20,000 in the event of an appeal to the Texas Court of Appeals in which Plaintiff is the prevailing party; the sum of $5,000 in the event a Petition for Review is filed with the Texas Supreme Court, and $15,000 in the event that the Petition for Review is granted and the Plaintiff is the prevailing party. The foregoing attorney's fees awarded shall bear post judgment interest at the rate of 5% per annum, compounding annually, from the date of entry of this Final Judgment until the Final Judgment is satisfied.

It is further ORDERED that Third-Party Plaintiff Daxwell shall take nothing by its Third-Party claim against Third-Party Defendant Quan.

It is further ORDERED that all costs of court spent or incurred in this cause are adjudged against Defendants Zhang and Daxwell, and Plaintiff CPB shall be entitled to recover same as outlined in a separate bill of costs.

Plaintiff CPB is allowed such writs and processes as may be necessary in the enforcement and collection of this judgment.

All relief requested in this case and not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this _2nd_ day of ___October___ , 2017.

_Caroline Baker_

JUDGE PRESIDING

APPROVED AS TO SUBSTANCE AND FORM:

WILLIAM F. HARMEYER & ASSOCIATES, P.C.

_/s/William F. Harmeyer_
William F. Harmeyer
State Bar No. 09019000
7322 Southwest Freeway, Suite 510
Houston, Texas 77074
Tel: (713) 270-5552
Fax: (713) 270-7128
Email: wharmeyer@harmeyerlaw.com
Attorney for Plaintiff,
CAPITAL PLASTIC & BAGS, INC., and
Third-Party Defendant, JEFF QUAN.

CAUSE NO. 2013-22591

| | | |
|---|---|---|
| CAPITAL PLASTIC & BAGS, INC. | § | IN THE DISTRICT COURTS |
| | § | |
| v. | § | |
| | § | |
| FRANK ZHANG AND | § | |
| DAXWELL GROUP, LLC | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| v. | § | |
| | § | |
| JEFF QUAN | § | 295th JUDICIAL DISTRICT |

## REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

NOW COME Defendants Frank Zhang and Daxwell Group, LLC (collectively "Defendants") and ask the Court to file findings of fact and conclusions of law.

1.  Plaintiff Capital Plastic & Bags, Inc. sued Defendants, bringing certain claims arising out of Defendants' alleged breach of a commercial lease agreement.

2.  On October, 2, 2017, the Court signed a final judgment.

3.  Pursuant to Texas Rules of Civil Procedure 296 and 297, Defendants ask the Court to file findings of fact and conclusions of law and require the court clerk to mail copies to all parties.

4.  Defendants file this request within 20 days after the Court signed the final judgment.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Respectfully submitted,

PAGEL, DAVIS & HILL, P.C.

*/s/Sara Prasatik*
Dennis A. McQueen
State Bar No. 00784581
Sara M. Prasatik
State Bar No. 24088251
1415 Louisiana, 22nd Floor
Houston, Texas 77002
eservice@pdhlaw.com
Phone: (713) 951-0160
Fax: (713) 951-0662
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on a true and correct copy of the foregoing was served in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure on October 10, 2017 to all known counsel of record as follows:

**VIA E-SERVICE**
Mr. William F. Harmeyer
WILLIAM F. HARMEYER & ASSOCIATES, PC
7322 Southwest Freeway, Suite 475
Houston, Texas 77074
**COUNSEL FOR PLAINTIFF**
**AND THIRD-PARTY DEFENDANT**

*/s/ Sara Prasatik*
Sara Prasatik

(11) CONNECTION(S) FOUND.

| CASE NUM: | 201322591 | PJN: | | TRANS NUM: | | CURRENT COURT: | 295 | PUB: | Please Select |
|---|---|---|---|---|---|---|---|---|---|

| CASE TYPE: | BREACH OF CONTRACT | | | CASE STATUS: | DISPOSED (FINAL) |
|---|---|---|---|---|---|

| STYLE: | CAPITAL PLASTIC & BAGS INC | | VS | ZHANG, FRANK |
|---|---|---|---|---|

**** INACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC. ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00007 - 0002 | 3PD | 09019000 | QUAN, JEFF | | HARMEYER, WILLIAM F. |
| ☐ | | 00006 - 0002 | 3PP | 24052012 | DAXWELL LLC | | CRUZ, JUVIE A. |
| ☐ | | 00007 - 0001 | XDF | | QUAN, JEFF | | |
| ☐ | | 00006 - 0001 | XPL | 24052012 | DAXWELL LLC | | CRUZ, JUVIE A. |
| ☐ | | 00001 - 0003 | XDF | | CAPITAL PLASTIC & BAGS INC | | |
| ☐ | | 00001 - 0002 | XDF | | CAPITAL PLASTIC & BAGS INC | | |
| ☐ | | 00005 - 0001 | AGT | | DAXWELL GROUP LLC (FORMERLY KNOWN AS [ | | |
| ☐ | | 00004 - 0001 | DEF | 00784581 | DAXWELL GROUP LP | | MCQUEEN, DENNIS ALBERT |
| ☐ | | 00003 - 0001 | DEF | 00784581 | DAXWELL GROUP LLC (FORMERLY KNOWN AS [ | | MCQUEEN, DENNIS ALBERT |
| ☐ | | 00002 - 0001 | DEF | 00784581 | ZHANG, FRANK | | MCQUEEN, DENNIS ALBERT |
| ☐ | | 00001 - 0001 | PLT | 09019000 | CAPITAL PLASTIC & BAGS INC | | HARMEYER, WILLIAM F. |